UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MISTY JOYCE WILLARD,<br><br>        Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. C14-39-RAJ-JPD<br><br>REPORT AND RECOMMENDATION |

Plaintiff brought this action to seek judicial review of the denial of her application for disability benefits by the Commissioner of the Social Security Administration. Dkt. 1. The parties have stipulated that this case should be reversed and remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). Dkt. 17.

Based on the stipulation of the parties, the Court recommends that this case be REVERSED and REMANDED for further administrative proceedings before an Administrative Law Judge ("ALJ"), a de novo hearing, and a new decision. On remand, the ALJ shall reconsider the opinions of JoAnn Shepherd, MA; Anne Mulcahy, NP; Michael Snyder, M.D.; David Widlan, M.D.; and Victoria McDuffee, Ph.D. The ALJ shall also reconsider plaintiff's residual functional capacity and obtain additional vocational expert testimony as necessary.

REPORT AND RECOMMENDATION
PAGE - 1

Upon proper application, the Court will consider whether reasonable attorney's fees and costs should be awarded pursuant to 28 U.S.C. § 2412(d).

Because the parties have stipulated that the case be remanded as set forth above, the Court recommends that United States District Judge Richard A. Jones immediately approve this Report and Recommendation.  The Clerk should note the matter for **August 12, 2014** as ready for Judge Jones's consideration.  A proposed order accompanies this Report and Recommendation.

DATED this 12th day of August, 2014.

*/s/ James P. Donohue*
JAMES P. DONOHUE
United States Magistrate Judge