HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MISTY JOYCE WILLARD,

    Plaintiff,

  v.

CAROLYN W. COLVIN, in her capacity as Acting Commissioner of Social Security,

    Defendant.

CASE NO. C14-39RAJ

ORDER

    The court has reviewed the Report and Recommendation ("R&R") of the Honorable James P. Donohue, United States Magistrate Judge.  Dkt. # 18.  The R&R recommends that the court grant the parties' stipulation to remand this action to Defendant for further administrative proceedings.

    The court ADOPTS the R&R, REVERSES the final decision of Defendant, and REMANDS this action to the Social Security Administration for further proceedings consistent with the R&R.

    The clerk shall enter judgment for Plaintiff and ensure that Judge Donohue receives notice of this order.

    DATED this 13th day of August, 2014.

_____
The Honorable Richard A. Jones
United States District Court Judge

ORDER – 1